

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00518-CV

Jeanne Cook,
Appellant

v.

Warren F. Neely, MD,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10774
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On November 7, 2014, Appellant Jeanne Cook filed her second motion for extension of time to file her brief, requesting an additional five day extension. The extension is GRANTED. Appellant's brief is due to be filed with this court no later than November 12, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court